# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00100-CV

**Latanya Ann Wilson, Appellant**

**v.**

**Ditech Financial, LLC, Appellee**

### FROM THE COUNTY COURT OF FAYETTE COUNTY
### NO. 3779, THE HONORABLE JOE WEBER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Latanya Ann Wilson has filed an emergency motion for temporary relief. We grant the motion and temporarily stay enforcement of the trial court's judgment and execution of the writ. *See* Tex. R. App. P. 29.3. Appellee Ditech Financial, LLC, is ordered to file a response to appellant's motion for emergency relief no later than March 31, 2021.

It is ordered on March 23, 2021.

Before Chief Justice Byrne, Justices Baker and Smith